FILED

2003 NOV -6  P 12: 35

US DISTRICT COURT
BRIDGEPORT CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DENISE COTTO                                    : CIVIL NO. 3:02CV1792 (JCH)
   Plaintiff

 

                                                                          :

VS.

                                                                          :

UNITED STATES OF AMERICA
   Defendant                                  : NOVEMBER 4, 2003

### REQUEST FOR EXTENSION OF TIME RE: FILING OF CLOSING PAPERS

The parties have settled this matter, and the court has issued a Notice that a judgment will be entered on November 9, 2003 unless closing papers are filed on or before that date.

The Plaintiff hereby requests an extension of time of 2 weeks, up to and including November 23, 2003, to file her closing papers. Defense counsel has indicated that the settlement check will not be ready by November 9, 2003, but should be issued within 2 weeks of that date.

This is the first request for extension of time with respect to this time limitation, and defense counsel has no objection.

1

LAW OFFICES OF KEN FRIEDMAN, LLC • ATTORNEY AT LAW
2389 MAIN STREET • SUITE 201 • GLASTONBURY, CT 06033 • PHONE: (860) 659-6557 • FAX: (860) 659-1625
JURIS NO. 421704

PLAINTIFF

By_____
       Kenneth I. Friedman
       federal bar no. ct03344

I hereby certify that the foregoing was mailed to all counsel and pro se parties of record, as follows:  Brenda M. Green, Assistant United States Attorney, PO Box 1824, New Haven, CT  06508, this ꓡ day of November, 2003,.

_____
Kenneth I. Friedman

2