UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE COTTO, | : |
| Plaintiff, | : Civil No. 3:02CV1792 (JCH) |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this 13th day of November, 2003.

_____
Denise Cotto
Plaintiff

_____
Brenda M. Green
Attorney for Defendant,
United States of America

_____
Kenneth I. Friedman, Esq.
For ~~Beck & Eldergill~~ Law Offices of Ken Friedman, LLC
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid to:

KENNETH I. FRIEDMAN, ESQ.
LAW OFFICE OF KEN FRIEDMAN
2389 MAIN ST.
#201
GLASTONBURY, CT 06033

BRENDA M. GREEN
ASSISTANT U.S. ATTORNEY