#14

FILED

2003 NOV -6 P 12: 35

US DISTRICT COURT
BRIDGEPORT CT

GRANTED: Absent Objection
SO ORDERED
/s/ Janet C. Hall, U.S.D.J.
11/14/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DENISE COTTO
   Plaintiff

: CIVIL NO. 3:02CV1792 (JCH)

VS.

UNITED STATES OF AMERICA
   Defendant

: NOVEMBER 4, 2003

**REQUEST FOR EXTENSION OF TIME RE: FILING OF CLOSING PAPERS**

The parties have settled this matter, and the court has issued a Notice that a judgment will be entered on November 9, 2003 unless closing papers are filed on or before that date.

The Plaintiff hereby requests an extension of time of 2 weeks, up to and including November 23, 2003, to file her closing papers. Defense counsel has indicated that the settlement check will not be ready by November 9, 2003, but should be issued within 2 weeks of that date.

This is the first request for extension of time with respect to this time limitation, and defense counsel has no objection.

1