# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE COTTO, | : |
| | : Civil No. 3:02CV1792 (JCH) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this 13th day of November, 2003.

_____          _____
Denise Cotto                         Brenda M. Green  ct 19538
Plaintiff                            Attorney for Defendant,
                                     United States of America

_____
Kenneth I. Friedman, Esq.
~~Beck & Eldergill~~ Law Offices of Ken Friedman, LLC
Attorney for Plaintiff

So Ordered.

FILED
2003 NOV 14 A 10:12
US DISTRICT COURT
BRIDGEPORT CT

FILED 11/24/03
2003 NOV 24 A 11:37
US DISTRICT COURT
BRIDGEPORT CT