UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

DENISE COTTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil No. 3:02CV1792 (JCH)

2003 NOV 14  A 10: 12

US DISTRICT COURT
BRIDGEPORT

### STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Denise Cotto, plaintiff, and the United States of America, defendant, by and through their respective attorneys as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The United States of America, defendant, agrees to pay the plaintiff the sum of thirteen thousand five hundred dollars ($13,500), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, for which plaintiff or her, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3. Plaintiff and her heirs, executors, administrators or assigns hereby agree to accept the sum of thirteen thousand five hundred dollars ($13,500), in full settlement and satisfaction of any

So Ordered

USDJ 11/24/03